UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DARRYL BROWN

                            Plaintiff,

            -against-

COMMISSIONER OF THE ADMINISTRATION
FOR CHILDREN'S SERVICES OF THE CITY
OF NEW YORK

                     Defendants.
-----------------------------------------------------------------x

**ORDER OF REFERENCE TO
A MAGISTRATE JUDGE**

08 **CIVIL** 6404 (RMB) (JCF)

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

    __X__    General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

    _____    Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

    _____    Specific Non-Dispositive Motion/Dispute:*

    _____

    _____

    _____

    _____    Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
    Purpose: _____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

    _____

    _____    Habeas Corpus

    _____    Social Security

    _____    Settlement

    _____    Dispositive Motion (i.e., motion requiring a Report and Recommendation)
    Particular Motion: _____
    All Such Motions: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08

    _____    Inquest After Default/Damages Hearing

*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
      July 22, 2008



_____
RICHARD M. BERMAN, U.S.D.J.