UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DARRYL BROWN,

                        Plaintiff,            08 CIV. 6404 (RMB)

-V-                                                    JUDGMENT

COMMISSIONER OF THE ADMINISTRATION FOR
CHILDREN'S SERVICE OF THE CITY OF
NY.,

                        Defendant.
------------------------------------------------------------X

      Whereas, plaintiff having filed an amended complaint, the defendants' having filed a motion to dismiss the amended complaint, the Court then, on March 9, 2009, having issued its Decision & Order granting defendants' motion to dismiss the amended complaint, it is,

      **ORDERED, ADJUDGED AND DECREED**, that for the reasons stated in the Court's Decision and Order dated: March 9, 2009`, judgment is hereby entered dismissing amended complaint and the action .

**DATED: NEW YORK, NY**

      **March 10, 2009**

                                                    J. Michael McMahon

                                                    ~~Clerk~~

                                                    (By) Deputy Clerk

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/09

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____